IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MICHAEL T. DOYLE fka MICHAEL T. DINGLEY, ) ) ) Plaintiff, ) ) vs. ) ) HAWAIIAN CEMENT, a Hawaii ) General Partnership; et al., ) ) Defendants. ) _____ ) | Civil No. 08-00017 JMS/KSC |

## **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**

Findings and Recommendation having been filed and served on all parties on January 27, 2009, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 3, 2009.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge