IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MICHAEL T. DOYLE fka MICHAEL T. DINGLEY,<br><br>   Plaintiff,<br><br>   vs.<br><br>HAWAIIAN CEMENT, ET AL.,<br><br>   Defendants.<br>_____ | CIV. NO. 08-00017 JMS/KSC |

### ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on May 27, 2009, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, June 15, 2009.



　　　　　　　　　　　　　　  /s/ J. Michael Seabright
　　　　　　　　　　　　　　 J. Michael Seabright
　　　　　　　　　　　　　　 United States District Judge